**Order filed June 10, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00441-CR**

_____

**DAVID SHANE WEST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CR2876**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibits 1A, 1B, 1C, 15 and 171 .**

The clerk of the 405TH District Court is directed to deliver to the Clerk of this court the original of State's exhibits 1A, 1B, 1C, 15 and 171 , on or before **June 20, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits 1A, 1B, 1C, 15 and 171 , to the clerk of the 405TH District Court.

PER CURIAM